ACCEPTED
01-14-00496-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/2/2015 12:18:56 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00496-CR

In the
Court of Appeals for the First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/2/2015 12:18:56 PM
CHRISTOPHER A. PRINE
Clerk

Cause No. 2013R-0086
In the 155th District Court
Of Austin County, Texas

PATRICK HURD,
Appellant

v.

THE STATE OF TEXAS,
Appellee

## SECOND MOTION FOR EXTENSION OF TIME FOR FILING APPELLEE'S BRIEF

TO THE HONORABLE FIRST COURT OF APPEALS:

Assistant District Attorney Brandy Robinson, Appellee, moves the court for an extension of time for filing Appellee's brief. This is Appellee's second request for an extension of time. The present date for filing is April 6, 2015, and Appellee requests said time be extended until May 6, 2015.

I.

Appellee seeks an extension of time for the following reasons:

1.  Appellee has had an unexpected medical complication and is not currently in the office.

2.  Appellee's office has only four attorneys, and Appellee is responsible for all appellate matters within the office. As part of Appellee's additional responsibilities as a misdemeanor and felony prosecutor, Appellee has represented the State on felony and misdemeanor dockets on March 3rd, 5th, 19th, 24th, and 26th, 2015, and will be required to represent the State on felony and misdemeanor dockets on April 7th, 16th, 21st, and 23rd, 2015.

3.  Appellee was first chair on the trial of State v. Holba, Continuous Sexual Abuse of a Child, 2013R-0094, from March 9, 2015, through March 12, 2015.

II.

This is the second extension requested. Appellee has contacted Appellant's counsel, who does not oppose the extension. There has been one previous extension.

III.

Appellee moves to extend time to file Appellee's Brief until May 6, 2015.

Respectfully submitted,

/s/*Brandy Robinson*
Brandy N. Robinson
Asst. Criminal District Attorney
One East Main
Bellville, Texas 77418
(979) 865-5933
State Bar No. 24051688

CERTIFICATE OF SERVICE

I, Brandy Robinson, hereby certify that a true and correct copy of the Second Motion for Extension of Time for Filing Appellee's Brief has been served upon, Calvin Garvie, attorney for Appellant, via email at texattycg@aol.com.


Date:     04/02/2015          /s/*Brandy Robinson*
                                Brandy Robinson

STATE OF TEXAS                    §
                                 §
COUNTY OF AUSTIN                  §

BEFORE ME, the undersigned authority, on this day personally appeared Travis J. Koehn, who after being duly sworn upon her oath did depose and state:

"My name is Travis J. Koehn, and I am the employer for Brandy Robinson, the attorney of record for the Appellee in the foregoing entitled and numbered cause. I am familiar with the facts and allegations contained in the foregoing Second Motion for Extension of Time for Filing Appellee's Brief, and they are correct."

_____
Travis J. Koehn

SUBSCRIBED AND SWORN to before me this the 2nd day of April, 2015.

LORI L. BUSCH
Notary Public, State of Texas
Commission Expires 09-10-2016

_____
Notary Public, State of Texas
Commission Expires: 9-10-2016